

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00413-CV

Bill **SEMMLER** as Representative of Marynell Semmler,
Appellants

v.

John R. **LANDER** and Kimberly Lander,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-09-0838-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

On July 3, 2018, appellant responded to this court's June 28, 2018, by providing written proof that the fee for preparing the reporter's record was paid. In her notification of late record, the court reporter stated she anticipated completing the record within five to seven days. It is therefore ORDERED that the reporter's record be filed in this appeal no later than July 16, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court